THOMAS B. COPPOLA
TCOPPOLA@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET
23RD FLOOR
NEW YORK NY, 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM



March 27, 2008

Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, Room 1620
New York, New York 10007

Re: **Esposito v. State of New York, et al.**
**Docket No. 07 CV 11612 (SAS)(DFE)**

Dear Judge Scheindlin:

We are the attorneys for Allen H. Isaac with regard to the above-referenced matter. We are writing to respectfully request a thirty (30) day extension of time in which to answer or otherwise move with respect to Plaintiff's complaint. We propose to serve and file our responsive pleading no later than April 28, 2008 (April 26, 2008 is a Saturday).

My office contacted Ms. Esposito yesterday morning to request said extension. Ms. Esposito denied our request.

Your Honor's valuable attention to this important matter is appreciated.

Respectfully,

*Thomas Coppola*

Thomas B. Coppola

cc: Ms. Luisa C. Esposito
(via facsimile)

*Motions to dismiss and memoranda of law must be submitted no later than May 30, 2008. Plaintiff's response is due on June 30, 2008. Defendants' reply, if any, is due on July 14, 2008.*

SO ORDERED

*Date: New York, New York
March 27, 2008*

*Shira A. Scheindlin*
U.S.D.J

SAN FRANCISCO ♦ SAN DIEGO ♦ LOS ANGELES ♦ SACRAMENTO ♦ ORANGE COUNTY ♦ LAS VEGAS ♦ PORTLAND ♦ PHOENIX ♦ HOUSTON ♦ DALLAS ♦ NEW YORK