UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
LUISA C. ESPOSITO,

                            **Plaintiff,**

    - against -

THE STATE OF NEW YORK, *et al.*,

                          **Defendants.**
------------------------------------------------------- X

**ORDER**

07 Civ. 11612 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Whereas time for all defendants to move or answer has been extended to May 30, 2008, plaintiff's motion for a default judgment against defendants Arbuiso and Lamboy is denied without prejudice at this time. The Clerk of the Court is directed to close this motion [document no. 27 on the Docket Sheet].

                                          SO ORDERED:

                                          Shira A. Scheindlin
                                          U.S.D.J.

Dated:     New York, New York
             April 10, 2008

## - Appearances -

**Plaintiff (pro se):**

Luisa C. Esposito
571 Roy Street
West Hempstead, NY 11552

**For Defendant State of New York:**

Monica Anne Connell
Assistant Attorney General for the State of New York
120 Broadway, 24th Floor
New York, NY 10271
(212) 416-8965

**For Defendant City of New York:**

Craig Andrew Hanlon
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Room 3-198
New York, NY 10007
(212) 788-1580