| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Document # __78__ |

------------------------------------------------------------

LUISA ESPOSITO

-v-

THE STATE OF NEW YORK, et al

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-11612__

JUDGE: __SAS__

DATE: __OCTOBER 1, 2008__

*(Stamp: U.S. DISTRICT COURT FILED OCT 0 1 2008 S.D. OF N.Y.)*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME):   THOMAS R. PISARCZYK
            FIRM:   U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
       ADDRESS:   500 PEARL STREET, ROOM 370
                  NEW YORK, NEW YORK 10007
PHONE NO.:        (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **


( √ ) **Original Record**                          ( ____ ) **Supplemental Record**

**(2 VOL.)**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 1ST Day of October, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LUISA ESPOSITO | U.S.C.A. # _____ |
|  | U.S.D.C. # 07-cv-11612 |
| -v- | JUDGE: SAS |
| THE STATE OF NEW YORK, et al | DATE: OCTOBER 1, 2008 |

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __77__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                **Document Description**

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 1ST Day of October In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, RELATED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11612-SAS
### Internal Use Only

Esposito v. The State of New York et al
Assigned to: Judge Shira A. Scheindlin
Related Case: 1:07-cv-09599-SAS-AJP
Cause: 42:1983 Civil Rights Act

Date Filed: 12/28/2007
Date Terminated: 08/08/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2007 | 1 | COMPLAINT against Harvey Gladstein & Partners LLC, Alan H. Isaac, Allen H. Isaac, John Does, Jane Does, The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill(in his official capacity), Thomas J. Cahill(in his individual capacity), Naomi Goldstein, Naomi Goldstein, Albert S. Blinder(in his official capacity), Albert S. Blinder(in his individual capacity). (Filing Fee $ 350.00, Receipt Number 637017)Document filed by Luisa C. Esposito.(mbe) (Entered: 01/02/2008) |
| 12/28/2007 |  | SUMMONS ISSUED as to Harvey Gladstein & Partners LLC, Alan H. Isaac, Allen H. Isaac, John Does, Jane Does, The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill(in his official capacity), Thomas J. Cahill(in his individual capacity), Naomi Goldstein, Naomi Goldstein, Albert S. Blinder(in his official capacity), Albert S. Blinder(in his individual capacity). (mbe) (Entered: 01/02/2008) |
| 12/28/2007 |  | CASE REFERRED TO Judge Shira A. Scheindlin as possibly related to 1:07-cv-9599. (mbe) (Entered: 01/02/2008) |
| 01/09/2008 |  | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-09599-SAS. Notice of Assignment to follow. (jco) (Entered: 01/14/2008) |
| 01/09/2008 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Shira A. Scheindlin. Judge Unassigned is no longer assigned to the case. (jco) (Entered: 01/14/2008) |
| 01/09/2008 |  | Magistrate Judge Douglas F. Eaton is so designated. (jco) (Entered: 01/14/2008) |
| 01/14/2008 |  | Mailed notice to the attorney(s) of record. (jco) (Entered: 01/14/2008) |
| 01/14/2008 | 3 | MOTION to Appoint Counsel. Document filed by Luisa C. Esposito.(djc) (Entered: 01/18/2008) |
| 02/06/2008 | 4 | AMENDED COMPLAINT amending 1 Complaint, against The City Of New York City, Raymond Kelly, Robert Arbuiso, Adam Lamboy, Harvey Gladstein & Partners LLC, Alan H. Isaac, The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill(in his official capacity), Naomi Goldstein, Albert S. Blinder(in his official capacity).Document filed by Luisa C. Esposito. Related document: 1 Complaint, filed by Luisa C. Esposito.(djc) (Entered: 02/08/2008) |
| 02/06/2008 | 5 | MOTION directing Marshals to serve defendants in the above entitled amended complaint. Attached is Affirmation in Support. Document filed by Luisa C. Esposito.(djc) (Entered: 02/11/2008) |
| 03/10/2008 | 6 | ORDER denying 3 Motion to Appoint Counsel ; terminating 5 Motion to Serve. Plaintiff's application for appointment of counsel is denied. The Clerk of the Court is directed to close the following motions (Document Nos. 3 and 5 )(Signed by Judge Shira A. Scheindlin on 3/7/08) (tro) (Entered: 03/11/2008) |
| 03/21/2008 | 7 | AFFIRMATION OF SERVICE of Summons and Amended Complaint as to NY Attorney General. Service was accepted by Stephanie Rosenberg @ managing clerk's office on 3/13/08. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 8 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Naomi Goldstein served on 3/13/2008, answer due 4/2/2008. Service was accepted by Paul McDonnell. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 9 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Thomas J. Cahill(in his official capacity) served on 3/13/2008, answer due 4/2/2008; Thomas J. Cahill(in his individual capacity) served on 3/13/2008, answer due 4/2/2008. Service was accepted by Paul McDonnell. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 10 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Albert S. Blinder(in his official capacity) served on 3/13/2008, answer due 4/2/2008; Albert S. Blinder(in his individual capacity) served on 3/13/2008, answer due 4/2/2008. Service was accepted by Paul McDonnell. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 11 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. The Office of Court Administration of the Unified Court System served on 3/13/2008, answer due 4/2/2008. Service was accepted by Paul McDonnell. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 12 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Raymond Kelly served on 3/14/2008, answer due 4/3/2008. Service was accepted by Tamekia Mendes-Gammon. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 13 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. The City Of New York City served on 3/14/2008, answer due 4/3/2008. Service was accepted by Tamekia Mendes-Gammon. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 14 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Adam Lamboy served on 3/14/2008, answer due 4/3/2008. Service was accepted by Adam Lamboy. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 15 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Robert Arbuiso served on 3/14/2008, answer due 4/3/2008. Service was accepted by Robert Arbuiso. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/21/2008 | 16 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Harvey Gladstein & Partners LLC served on 3/13/2008, answer due 4/2/2008. Service was accepted by Maria Mendez. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |

| Date | # | Description |
|---|---|---|
| 03/21/2008 | 17 | AFFIRMATION OF SERVICE of Summons and Amended Complaint, as to Harvey Gladstein. Service was accepted by Maria Mendez on 3/14/08. Document filed by Luisa C. Esposito. (dle) (Entered: 03/24/2008) |
| 03/25/2008 | 18 | NOTICE OF APPEARANCE by Monica Anne Connell on behalf of The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill(in his official capacity), Thomas J. Cahill(in his individual capacity), Naomi Goldstein, Naomi Goldstein, Albert S. Blinder(in his official capacity), Albert S. Blinder(in his individual capacity) (dle) (Entered: 03/26/2008) |
| 03/28/2008 | 19 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Thomas Coppola dated 3/27/08 re: Request for a 30 day extension of time to answer/move with respect to the complaint. ENDORSEMENT: Motion to dismiss and memorandum of law must be submitted no later than 5/30/08. Plaintiff's response is due on 6/30/08. Defendants' reply, if any, is due on 7/14/08. ( Motion due by 5/30/2008, Response due by 6/30/2008. Reply due by 7/14/2008.) (Signed by Judge Shira A. Scheindlin on 3/27/08) (cd) (Entered: 03/28/2008) |
| 04/01/2008 | 20 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Eric B. Topel dated 3/31/2008 re: Requesting an extension of time to respond to the amended complaint. ENDORSEMENT: Defendant's request is granted. Defendant's time to respond to the amended complaint is extended to April 16, 2008. Any motion to dismiss will follow the schedule set forth for other defendants. (Signed by Judge Shira A. Scheindlin on 3/31/2008) (jpo) (Entered: 04/01/2008) |
| 04/01/2008 | 24 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Alan H. Isaac served on 3/25/2008, answer due 4/14/2008. Service was accepted by Allen H. Isaac. Service was made by Mail. Document filed by Luisa C. Esposito. (jmi) (Entered: 04/04/2008) |
| 04/01/2008 | 25 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Allen H. Isaac served on 3/29/2008, answer due 7/14/2008. Service was accepted by Allen H. Isaac. Document filed by Luisa C. Esposito. (jmi) (Entered: 04/04/2008) |
| 04/02/2008 | 21 | NOTICE OF APPEARANCE by Craig Andrew Hanlon on behalf of The City Of New York City, Raymond Kelly. (rw) (Entered: 04/02/2008) |
| 04/02/2008 | 22 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Craig Hanlon dated 3/31/08 re: Counsel for defendant request that the defendants time to answer, move or otherwise respond to the complaint be extended from the current due date of April 3, 2008 to June 2, 2008. ENDORSEMENT: Defendants' time to respond to the complaint is extended to May 30, 2008. If defendants move to dismiss plaintiff's response is due by June 30, 2008. Defendants' reply, if any, is due by July 14, 2008. So Ordered. (Signed by Judge Shira A. Scheindlin on 4/2/08) (js) (Entered: 04/02/2008) |
| 04/03/2008 | 23 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Monica Connell dated 3/26/2008 re: Requesting an extension of time to respond to complaint from April 2, 2008 until May 9, 2008. ENDORSEMENT: Defendants time to respond to the complaint is extended to May 30, 2008. Plaintiff 's response is due on June 30, 2008. Defendant's reply if any are due on July 14, 2008. The letter exchange rule does not apply to pro se cases. (Signed by Judge Shira A. Scheindlin on 4/2/2008) (jpo) (Entered: 04/03/2008) |
| 04/03/2008 | 26 | AMENDED AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Alan H. Isaac served on 3/26/2008, answer due 4/15/2008. Service was accepted by Allen H. Isaac. Document filed by Luisa C. Esposito. (jmi) (Entered: 04/07/2008) |
| 04/08/2008 | 27 | MOTION for Default Judgment as to Robert Arbuiso and Adam I. Lamboy. Document filed by Luisa C. Esposito.(rw) (Entered: 04/09/2008) |
| 04/11/2008 | 28 | ORDER: Plaintiffs motion for default judgment against the defendants Arbbuiso and Lamboy is denied without prejudice at this time. The Clerk of the Court is directed to close this motion [document no. 27 on the Docket Sheet]. (Signed by Judge Shira A. Scheindlin on 4/10/2008) (jpo) (Entered: 04/15/2008) |
| 04/15/2008 | 31 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Robert Arbuiso served on 4/10/2008, answer due 4/30/2008. Service was accepted by Frances Cordero - Principle. Document filed by Luisa C. Esposito. (djc) (Entered: 04/25/2008) |
| 04/15/2008 | 32 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Adam Lamboy served on 4/10/2008, answer due 4/30/2008. Service was accepted by Frances cordero - Principle. Document filed by Luisa C. Esposito. (djc) (Entered: 04/25/2008) |
| 04/18/2008 | 29 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE OF APPEARANCE by Traycee Ellen Klein on behalf of Harvey Gladstein & Partners LLC (Klein, Traycee) Modified on 4/21/2008 (jar). (Entered: 04/18/2008) |
| 04/18/2008 | 30 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE OF APPEARANCE by Eric Brian Topel on behalf of Harvey Gladstein & Partners LLC (Topel, Eric) Modified on 4/21/2008 (jar). (Entered: 04/18/2008) |
| 04/21/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Traycee Klein to MANUALLY RE-FILE Document Notice of Appearance, Document No. 29. This case is not ECF. (jar) (Entered: 04/21/2008) |
| 04/21/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Eric Topel to MANUALLY RE-FILE Document Notice of Appearance, Document No. 30. This case is not ECF. (jar) (Entered: 04/21/2008) |
| 04/29/2008 | 33 | NOTICE OF APPEARANCE by Traycee Ellen Klein on behalf of Harvey Gladstein & Partners LLC (djc) (Entered: 04/30/2008) |
| 04/29/2008 | 34 | NOTICE OF APPEARANCE by Eric Brian Topel on behalf of Harvey Gladstein & Partners LLC (djc) (Entered: 04/30/2008) |
| 05/12/2008 | 35 | MOTION for an order granting permission to file a Second Amended Complaint w/ attch. affirmation in support. Document filed by Luisa C. Esposito.(pl) (Entered: 05/13/2008) |
| 05/19/2008 | 36 | AMENDED NOTICE OF MOTION FOR PERMISSION TO FILE SECOND AMENDED COMPLAINT pursuant to Rule 15(a) of the FRCP. Document filed by Luisa C. Esposito.(dle) (Entered: 05/21/2008) |
| 05/23/2008 | 37 | ORDER granting 35 Motion to Amend/Correct. The Clerk of the court is directed to close this motion (documents no. 35 and 36 on the docket sheet).(Signed by Judge Shira A. Scheindlin on 5/23/08) (mme) (Entered: 05/23/2008) |
| 05/29/2008 | 38 | NOTICE OF APPEARANCE by Thomas Blase Coppola on behalf of Alan H. Isaac, Allen H. Isaac (Coppola, Thomas) (Entered: 05/29/2008) |
| 05/29/2008 | 39 | NOTICE OF APPEARANCE by Thomas Blase Coppola on behalf of Allen H. Isaac (Coppola, Thomas) (Entered: 05/29/2008) |
| 05/29/2008 | 40 | AFFIDAVIT OF SERVICE of Notice of Appearance served on Luisa C. Esposito on 5/29/08. Service was made by Federal Express. Document filed by Allen H. Isaac. (Coppola, Thomas) (Entered: 05/29/2008) |
| 05/29/2008 | 41 | MOTION to Dismiss *Notice of Motion to Dismiss*. Document filed by Allen H. Isaac.(Coppola, Thomas) (Entered: 05/29/2008) |
| 05/29/2008 | 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Dismiss *Notice of Motion to Dismiss*.. Document filed by Allen H. Isaac. (Coppola, Thomas) (Entered: 05/29/2008) |

| Date | # | Description |
|---|---|---|
| 05/29/2008 | 43 | DECLARATION of Thomas B. Coppola in Support re: 41 MOTION to Dismiss *Notice of Motion to Dismiss*.. Document filed by Allen H. Isaac. (Attachments: # 1 Exhibit A-E)(Coppola, Thomas) (Entered: 05/29/2008) |
| 05/29/2008 | 44 | CERTIFICATE OF SERVICE of Motion to Dismiss served on Luisa C. Esposito on 5/29/08. Service was made by Federal Express. Document filed by Allen H. Isaac. (Coppola, Thomas) (Entered: 05/29/2008) |
| 05/30/2008 | 45 | SECOND AMENDED COMPLAINT amending 4 Amended Complaint, against Gladstein & Isaac, Allen H. Isaac, Arthur Pollack, Conrad Pollack, Brian J. Isaac, Pollack, Pollack, Isaac & DeCicco, LLP, Jane and John Does, Harvey Gladstein & Partners LLC, The City Of New York City, Raymond Kelly, Robert Arbuiso, Adam Lamboy, The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill(in his official capacity), Thomas J. Cahill(in his individual capacity), Naomi Goldstein, Naomi Goldstein, Albert S. Blinder(in his official capacity), Albert S. Blinder(in his individual capacity). Document filed by Luisa C. Esposito. Related document: 4 Amended Complaint, filed by Luisa C. Esposito.(dle) Modified on 5/30/2008 (dle). (Entered: 05/30/2008) |
| 05/30/2008 | 46 | MOTION to Dismiss the Second Amended Complaint or in the alternative for Summary Judgment. Document filed by Harvey Gladstein & Partners LLC.(cd) (Entered: 06/02/2008) |
| 05/30/2008 | 47 | AFFIDAVIT of Harvey Gladstein in Support re: 46 MOTION to Dismiss. MOTION for Summary Judgment.. Document filed by Harvey Gladstein & Partners LLC. (cd) (Entered: 06/02/2008) |
| 05/30/2008 | 48 | MEMORANDUM OF LAW in Support re: 46 MOTION to Dismiss. MOTION for Summary Judgment. Document filed by Harvey Gladstein & Partners LLC. (cd) (Entered: 06/02/2008) |
| 05/30/2008 | 51 | MOTION to Dismiss Second amended complaint purs to 12(b)(6) of the Federal Rules of the FRCP. Attached is Statement Pursuant to Rle 12.1 and Declaration of Philip S. Frank. Document filed by The City Of New York City, Raymond Kelly, Robert Arbuiso, Adam Lamboy.(djc) (Entered: 06/04/2008) |
| 05/30/2008 | 52 | MEMORANDUM OF LAW in Support re: 51 MOTION to Dismiss, 46 MOTION to Dismiss. MOTION for Summary Judgment. 49 MOTION to Dismiss. Document filed by The City Of New York City, Raymond Kelly, Robert Arbuiso, Adam Lamboy. (djc) (Entered: 06/04/2008) |
| 06/02/2008 | 49 | MOTION to Dismiss the second amended complaint. Attached is Declaration of Monica A. Connell in Support. Document filed by The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill(in his official capacity), Naomi Goldstein, Albert S. Blinder(in his official capacity).(djc) (Entered: 06/03/2008) |
| 06/02/2008 | 50 | MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss.. Document filed by The State of New York, The Office of Court Administration of the Unified Court System, Thomas J. Cahill(in his official capacity), Naomi Goldstein, Albert S. Blinder(in his official capacity). (djc) (Entered: 06/03/2008) |
| 06/10/2008 | 53 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Pollack, Pollack, Isaac & DeCicco, LLP served on 5/30/2008, answer due 6/19/2008. Service was accepted by personal service. Document filed by Luisa C. Esposito. (cd) (Entered: 06/11/2008) |
| 06/10/2008 | 54 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint, Brian J. Isaac served on 5/30/2008, answer due 6/19/2008. Service was accepted by personal service. Document filed by Luisa C. Esposito. (cd) (Entered: 06/11/2008) |
| 06/10/2008 | 55 | AFFIRMATION OF SERVICE of Summons and Amended Complaint. Conrad Pollack served on 5/30/2008, answer due 6/19/2008. Service was accepted by Sherry, receptionist. Document filed by Luisa C. Esposito. (cd) (Entered: 06/11/2008) |
| 06/10/2008 | 56 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint. Fred DeCicco served on 5/30/2008, answer due 6/19/2008. Service was accepted by Sherry, receptionist. Document filed by Luisa C. Esposito. (cd) (Entered: 06/11/2008) |
| 06/11/2008 | 57 | NOTICE OF APPEARANCE by Anthony Daniel Grande on behalf of Arthur Pollack (Grande, Anthony) (Entered: 06/11/2008) |
| 06/11/2008 | 58 | NOTICE OF APPEARANCE by Anthony Daniel Grande on behalf of Conrad Pollack (Grande, Anthony) (Entered: 06/11/2008) |
| 06/11/2008 | 59 | NOTICE OF APPEARANCE by Anthony Daniel Grande on behalf of Brian J. Isaac (Grande, Anthony) (Entered: 06/11/2008) |
| 06/11/2008 | 60 | NOTICE OF APPEARANCE by Anthony Daniel Grande on behalf of Pollack, Pollack, Isaac & DeCicco, LLP (Grande, Anthony) (Entered: 06/11/2008) |
| 06/13/2008 | 61 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Luisa C. Esposito dated 6/13/2008 re: Pro se Plaintiff writes to respectfully request a 45 day extension for Plaintiff to respond to defendant's Motion to Dismiss. ENDORSEMENT: Plaintiff's time to respond to the motions to dismiss is extended to 7/30/2008. Defendants' replies, if any, are due on 8/14/2008. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 6/13/2008) (tve) (Entered: 06/13/2008) |
| 06/18/2008 | 62 | MOTION to Dismiss. Document filed by Arthur Pollack, Conrad Pollack, Brian J. Isaac, Pollack, Pollack, Isaac & DeCicco, LLP. (Attachments: # 1 Memorandum of Law, # 2 Declaration in Support of Motion, # 3 Exhibit Exhibit A, # 4 Exhibit Exhibit B, # 5 Exhibit Exhibit C, # 6 Exhibit Exhibit C, # 7 Exhibit Exhibit D, # 8 Exhibit Exhibit E, # 9 Certificate of Service, # 10 Exhibit Exhibit F)(Grande, Anthony) (Entered: 06/18/2008) |
| 06/18/2008 | 63 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Luisa C. Esposito dated 6/17/08 re: Request that the parties Alan H. Isaac, and the Jane and John Does listed as terminated be corrected to unterminated. Also a request to correct the spelling of Alan H. Isaac to Allen H. Isaac. ENDORSEMENT: SO ORDERED. (Signed by Judge Shira A. Scheindlin on 6/18/08) (db) (Entered: 06/18/2008) |
| 06/23/2008 | 64 | ORDER: Plaintiff has raised no adequate ground for reconsideration of the Court's previous order. Plaintiff's motion is therefore denied. (Signed by Judge Shira A. Scheindlin on 6/23/2008) (jpo) (Entered: 06/24/2008) |
| 06/25/2008 | 65 | APPLICATION to Appoint Counsel pursuant to 18 U.S.C. 3006(A)(g) (Habeas Corpus Petition). Document filed by Luisa C. Esposito.(djc) (Entered: 07/03/2008) |
| 06/25/2008 | 66 | MOTION for Leave to Proceed in forma pauperis. Document filed by Luisa C. Esposito.(djc) (Entered: 07/03/2008) |
| 07/10/2008 | 67 | ORDER By letter dated July 9, 2008, certain defendants have requested a stay of discovery. Defendants request is granted. All discovery in this case is stayed until after the determination of the pending motion to dismiss. Plaintiffs outstanding subpoenas are hereby quashed, but plaintiff may re-file these subpoenas after determination of the motion to dismiss. (Signed by Judge Shira A. Scheindlin on 7/10/08) (mme) (Entered: 07/10/2008) |
| 07/15/2008 | 68 | MEMORANDUM OF LAW in Opposition re: 51 MOTION to Dismiss Second Amended Complaint. Document filed by Luisa C. Esposito. (cd) (Entered: 07/17/2008) |
| 07/22/2008 | 69 | Plaintiffs Affidavit and Memorandum of Law in opposition to State Defendants motion to dismiss plaintiffs Second Amended Complaint. Document filed by Luisa C. Esposito. (pl) (Entered: 07/24/2008) |

| | | |
|---|---|---|
| 07/25/2008 | 70 | AFFIDAVIT AND MEMORANDUM OF LAW in Opposition re: 46 MOTION to Dismiss. Document filed by Luisa C. Esposito. (pl) (Entered: 07/29/2008) |
| 08/08/2008 | 71 | OPINION AND ORDER #96353 that for the reasons stated above, defendants' motions to dismiss are granted and certain claims and defendants are dismissed sua sponte. The Clerk of the Court is directed to close these and related motions (in case no. 07-11612, documents no. 41,46,49,51,65, and 66; and in case no. 08-2391, document no. 19) and these cases re: 51 MOTION to Dismiss, filed by Robert Arbuiso, Raymond Kelly, Adam Lamboy, The City Of New York City, 65 APPLICATION to Appoint Counsel pursuant to 18 U.S.C. 3006(A)(g) (Habeas Corpus Petition), filed by Luisa C. Esposito, 46 MOTION to Dismiss. MOTION for Summary Judgment, filed by Harvey Gladstein & Partners LLC, 66 MOTION for Leave to Proceed in forma pauperis, filed by Luisa C. Esposito, 49 MOTION to Dismiss, filed by The State of New York, Albert S. Blinder, Naomi Goldstein, The Office of Court Administration of the Unified Court System, Thomas J. Cahill, 41 MOTION to Dismiss *Notice of Motion to Dismiss, filed by Allen H. Isaac. (Signed by Judge Shira A. Scheindlin on 8/8/08) Copies sent by chambers.*(cd) Modified on 8/12/2008 (cd). (Entered: 08/11/2008) |
| 08/16/2008 | 73 | MOTION for an order granting reconsideration and modification of the Court's 8/8/08 Opinion and Order. Document filed by Luisa C. Esposito.(dle) Modified on 8/21/2008 (dle). (Entered: 08/21/2008) |
| 08/19/2008 | 74 | DECLARATION of Luisa Esposito in Support re: 73 MOTION for Reconsideration. Document filed by Luisa C. Esposito. (dle) (Entered: 08/21/2008) |
| 08/20/2008 | 72 | ORDER; that Plaintiff now moves for reconsideration of that Opinion and Order. Plaintiff has not identified any material facts or law overlooked by the Court. Reconsideration is therefore denied. (Signed by Judge Shira A. Scheindlin on 8/20/08) (pl) (Entered: 08/20/2008) |
| 08/28/2008 | 75 | AMENDED ORDER: Plaintiff has not identified any material facts or law overlooked by the Court. Reconsideration is therefore denied. (Signed by Judge Shira A. Scheindlin on 8/28/2008) (jpo) (Entered: 08/28/2008) |
| 09/02/2008 | 76 | REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL. Document filed by Luisa C. Esposito.(ae) (Entered: 09/09/2008) |
| 09/02/2008 | 77 | NOTICE OF APPEAL from 71 Memorandum & Opinion. Document filed by Luisa C. Esposito. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 09/30/2008) |
| 09/02/2008 | | Appeal Remark as to 77 Notice of Appeal filed by Luisa C. Esposito. NO FEE, IFP GRANTED 9/12/08. (tp) (Entered: 09/30/2008) |
| 09/18/2008 | | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis [Doc. #76], I.F.P. REQUEST IS GRANTED. (Signed by Judge Shira A. Scheindlin on 9/12/08) (ae) (Entered: 09/24/2008) |
| 09/30/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 77 Notice of Appeal. (tp) (Entered: 09/30/2008) |
| 09/30/2008 | | Transmission of Notice of Appeal to the District Judge re: 77 Notice of Appeal. (tp) (Entered: 09/30/2008) |